1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ADAM REIDE CRAVER,

11            Plaintiff,                    No. 2:11-cv-1570 KJN (TEMP) P

12

13        vs.

14    TRACI A. BREWER, et al.,

15            Defendants.                   <u>ORDER</u>

16    _____/

17            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18    to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

20    statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28

21    U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a certified

22    copy of his prison trust account statement.

23            In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

24    submit, within thirty days from the date of this order, a certified copy of his prison trust account

25    ////

26    ////

1    statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

2    failure to comply with this order will result in a recommendation that this action be dismissed

3    without prejudice.

4    DATED:  June 27, 2011

5

6    _____
     KENDALL J. NEWMAN

7    UNITED STATES MAGISTRATE JUDGE

8    crav1570.3c.new

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26