IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM R. CRAVER,

      Plaintiff,                   No. 2:11-cv-1570 CKD P

   vs.

TRACI A. BREWER, et al.,

      Defendants.         <u>ORDER</u>[1]

_____/

        By order filed April 11, 2012, plaintiff's first amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. On June 6, 2012, plaintiff was granted a 30 day extension of time to file a second amended complaint. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

////
////
////
////

---

[1] Plaintiff consented to the jurisdiction of the undersigned on June 22, 2011 (docket #5).

1  Accordingly, IT IS HEREBY ORDERED that this action be dismissed without
2  prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).
3  Dated: July 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
crav1570.fta